UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER A. SCHWARTZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ART COOK, et al.,<br><br>    Defendants. | Case No.  5:15-cv-03347-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 11/19/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 06/15/2017 at 9:00 AM |
| Final Pretrial Conference | 08/31/2017 at 1:30 PM |
| Trial | 09/25/2017 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Parties are to submit a stipulated proposed
6 schedule regarding dates and deadlines to trial.

8 Dated: 11/19/2015

 _____
 BETH LABSON FREEMAN
 United States District Judge