James A. Bloom (admitted pro hac vice)
Gary A. Gotto (admitted pro hac vice)
KELLER ROHRBACK L.L.P.
3101 N. Central Ave., Ste. 1400
Phoenix, AZ 85012
(602) 248-0088; Fax (602) 248-2822
jbloom@kellerrohrback.com
ggotto@kellerrohrback.com

Juli E. Farris (CA Bar No. 141716)
KELLER ROHRBACK L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
jfarris@kellerrohrback.com

Attorneys for Plaintiff Kristopher A. Schwartz

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER A. SCHWARTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ART COOK, ET AL.,<br><br>        Defendant. | No. 15-cv-03347<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS FIRST AMENDED COMPLAINT AND CERTAIN EXHIBITS IN SUPPORT THEREOF**<br><br>Judge: Beth Labson Freeman |

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rules 7-11 and 79-5, and the Stipulated Protective Order on file in this case (Docket No. 64), Plaintiff Kristopher A. Schwartz ("Plaintiff") respectfully moves the Court for an Order that portions of Plaintiff's First Amended Complaint ("Amended Complaint") and certain exhibits attached and/or incorporated into the Amended Complaint be filed under seal.

Certain of the documents attached as exhibits to the Amended Complaint have been designated by Defendants and/or non-party witnesses as "CONFIDENTIAL" or "HIGHLY-CONFIDENTIAL –

ATTORNEY'S EYES ONLY" pursuant to the Stipulated Protective Order (Modified by Court) (Docket No. 64) (the "Protective Order"). In addition, the Amended Complaint contains "information copied or extracted from" discovery material designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY as well as "excerpts, summaries, or compilations" of material designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY. The information in question was copied, extracted, excerpted, summarized and/or compiled from documents designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendants or non-parties.

Plaintiff does not contend either that (a) any of the exhibits to the Amended Complaint or (b) any of the information in the Amended Complaint copied, extracted, excerpted, summarized and/or compiled from documents designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY are properly "sealable" under Local Rule 79-5(d)(1)(A). Instead, the documents and information in question have been designated CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY by opposing parties or non-parties. As such, pursuant to Local Rule 79-5(e), the Declaration of James A. Bloom (the "Bloom Declaration") lodged herewith identifies the documents and information in question and identifies, to the extent known, the parties that designated the material as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY.

Pursuant to Local Rule 79-5(e), the Bloom Declaration has been served this same day on all parties that may have designated such documents or information as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY.

On January 7, 2016, the Court entered an order dismissing Plaintiff's Complaint with respect to the claims against Defendants Bankers Trust Company of South Dakota ("BTC"). (Docket No. 61). The Court granted leave to amend, and set February 8, 2016 as the deadline for filing the Amended Complaint. *Id.* Many of the documents or information designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY were produced just days prior to the filing of this

Motion, and required careful analysis and in many cases revisions to the Amended Complaint. As such, Plaintiff did not have time to attempt reach a stipulation with opposing counsel with respect to this Motion pursuant to Local Rule 7-11(a). (Bloom Declaration ¶ 3). Plaintiff's Motion is therefore not accompanied by a stipulation.

Plaintiff therefore respectfully requests that the Court enter the Proposed Order lodged herewith and allow Plaintiff to file the documents listed thereon either wholly or partially under seal.

DATED this 8th day of February, 2016.

KELLER ROHRBACK L.L.P.

By */s/ James A. Bloom*
James A. Bloom (admitted pro hac vice)
jbloom@kellerrohrback.com
Juli E. Farris (CA Bar No. 141716)
jfarris@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

Attorneys for Plaintiff Kristopher A. Schwartz

## CERTIFICATE OF SERVICE

I, James Bloom, hereby certify that on February 8, 2016, a true copy of the above document was served on the Defendants, through their counsel of record, via ECF.

By:  */s/ James Bloom*
James Bloom