R. Bradford Huss, No. 71303
Angel L. Garrett, No. 255682
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
E-mail:          bhuss@truckerhuss.com
                     agarrett@truckerhuss.com

Attorneys for Defendant
BANKERS TRUST COMPANY OF SOUTH DAKOTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISOPHER A. SCHWARTZ,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ART COOK, et al.,<br><br>                    Defendants.<br><br>BUCKLE-SMITH ELECTRIC COMPANY EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>                    Nominal Defendant. | Case No. 15-cv-3347-BLF<br><br>**DEFENDANT BANKERS TRUST COMPANY OF SOUTH DAKOTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge:  Beth Labson Freeman |

1  Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rules 7-11 and 79-5, and the Stipulated Protective Order on file in this case (Docket No. 64), Defendant Bankers Trust Company of South Dakota ("BTC") respectfully moves the Court for an Order that portions of BTC's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") and the exhibit attached and/or incorporated into the Motion to Dismiss be filed under seal.

Exhibit 1 of the Declaration of R. Bradford Huss in support of the Motion to Dismiss has been designated by non-party witness The Menke Group ("Menke") as "CONFIDENTIAL" or "HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Stipulated Protective Order (Modified by Court) (Docket No. 64) (the "Protective Order").  In addition, the Motion to Dismiss contains "information copied or extracted from" discovery material designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY as well as "excerpts, summaries, or compilations" of material designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY.  BTC has referenced, copied, extracted, excerpted, summarized and/or compiled from documents designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendants and/or non-party witnesses in its Motion to Dismiss.

Pursuant to Local Rule 79-5(e), BTC seeks to seal (a) the exhibit to the Motion to Dismiss and (b) the information in the Motion to Dismiss referenced, copied, extracted, excerpted, summarized and/or compiled from documents designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL –ATTORNEY'S EYES ONLY.  Accordingly, the Declaration of Angel L. Garrett (the "Garrett Declaration") lodged herewith identifies the documents and information in question and identifies, to the extent known, the parties that designated the material as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY.  In addition, the parties have agreed by stipulation lodged herewith that BTC may file under seal portions of its Motion to Dismiss that attached or referenced documents that have been designated as CONFIDENTIAL and/or HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY.

Pursuant to Local Rule 79-5(e), the Garrett Declaration has been served this same day on all parties that may have designated such documents or information as CONFIDENTIAL and/or

HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY.

Plaintiff therefore respectfully requests that the Court enter the Proposed Order lodged herewith and allow Plaintiff to file the documents listed thereon either wholly or partially under seal.

DATED: March 7, 2016                    TRUCKER ✦ HUSS

By: /s/Angel L. Garrett
Angel L Garrett
Attorneys for Defendant
BANKERS TRUST COMPANY OF SOUTH DAKOTA

-3-

DEFENDANT BANKERS TRUST COMPANY OF SOUTH DAKOTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO DISMISS FAC; Case No: 15-cv-3347-BLF
157076.v1