# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER A. SCHWARTZ,<br><br>      Plaintiff,<br><br>v.<br><br>ART COOK, et al.,<br><br>      Defendants. | Case No. 15-cv-03347-BLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>[Re: ECF 129, 130] |

On June 15, 2017, the Court heard Plaintiff's Motion for Final Approval of Class Action Settlement (ECF 130) and Motion for Award of Attorneys' Fees and Costs (ECF 129). The Court granted both motions on the record and indicated that it would issue a short order memorializing its rulings so that Plaintiff immediately may begin administrative tasks necessary to distribution of the settlement fund. A lengthier order setting forth the Court's reasoning will follow.

Accordingly, for the reasons stated on the record, Plaintiff's Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees and Costs are GRANTED.

**IT IS SO ORDERED.**

Dated: June 15, 2017

                                                  _____
                                                  BETH LABSON FREEMAN
                                                  United States District Judge